**No. 09-10817. Raymond Alexander Ford, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 853, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 5851,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 760.